DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRET COPLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1413

_____

August 30, 2024

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender, and Dane K. Chase, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

SLEET, C.J., and CASANUEVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.